Elsie King, Appellee, v. Benjamin E. Fishbain and Louis Kletcher, Defendants.
Appeal of Benjamin E. Fishbain, Appellant.

Gen. No. 43,666.

opinion filed April 2, 1947; released for publication April 25, 1947. Samuel Levin, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.